**SYNOPSYS, INC. Plaintiff–Appellee,**

v.

**MAGMA DESIGN AUTOMATION, INC., Defendant–Appellant.**

No. 06–1174.

United States Court of Appeals, Federal Circuit.

March 23, 2006.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**Sylvia B. HARRIS, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 2006–3170.

United States Court of Appeals, Federal Circuit.

March 24, 2006.

ORDER

Order vacated, see 2006 WL 2061508.

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1), and to file the required Statement Concerning Discrimination, and to file the brief required by Federal Circuit Rule 31(a) within the time permitted, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Terry N. PAINE, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 2006–3165.

United States Court of Appeals, Federal Circuit.

March 24, 2006.

ORDER

Petitioner having filed the required Statement Concerning Discrimination, it is,

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.